# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXIMILLIAN CONLEY KVETAN,

    Defendant.

2:12-CR-299-MMD-(PAL)

## ORDER OF FORFEITURE

This Court found on October 16, 2012, that MAXIMILLIAN CONLEY KVETAN shall pay a criminal forfeiture money judgment of $6,946.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 9; Plea Agreement, ECF No. 20; Change of Plea Minutes, ECF No. 19; Order of Forfeiture, ECF No. 18.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MAXIMILLIAN CONLEY KVETAN a criminal forfeiture money judgment in the amount of $6,946.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED THIS 28th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE